# ELECTRONIC RECORD

COA #   10-14-00219-CR                    OFFENSE:   Habeas Corpus

STYLE:   Ex parte Darrick Edward Ross v.          COUNTY:   Walker

TRIAL COURT:          278th District Court          _____ MOTION
TRIAL COURT #:        26383                         FOR REHEARING IS: _____
TRIAL COURT JUDGE:   Hon. Jerry A. Sandel           DATE: _____
DISPOSITION:   AFFIRMED                             JUDGE: _____


DATE:        April 9, 2015

JUSTICE:   Scoggins          PC _____   S   YES
PUBLISH: _____          DNP:   YES

CLK RECORD:   8/28/2014              SUPP CLK RECORD: _____
RPT RECORD:   8/26/2014              SUPP RPT RECORD: _____
STATE BR: _____             SUPP BR: _____
APP BR:   12/5/2014 - Anders         PRO SE BR: _____


# IN THE COURT OF CRIMINAL APPEALS   579-15
580-15

## ELECTRONIC RECORD          CCA # _____ 580-15

-------------------

____ PRO SE ____ Petition          Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____
____ REFUSED ____                     JUDGE: _____
DATE: 09/16/2015                      SIGNED: _____   PC: _____
JUDGE: Per Curiam                     PUBLISH: _____   DNP: _____

-------------------

_____ MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____          _____ ON _____

JUDGE: _____                 JUDGE: _____